UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TANISHA MCPHERSON,

    Plaintiff,

v.                                                            Case No. 8:22-cv-2841-KKM-JSS

COMENITY CAPITAL BANK and
EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants.
_____

## ORDER

Parties notified the Court that they have settled this case. Notices of Settlement (Doc. 21; Doc. 26). Accordingly, the Court orders that this case is **dismissed without prejudice**. *See* Local Rule 3.09(b). Within **60 days** of this order, the parties may submit a stipulated judgment or move to reopen the action. *See id.*; FED. R. CIV. P. 59(e), 60(b). After that 60-day period, dismissal shall be **with prejudice**. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Tampa, Florida, on March 9, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge